**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALEXANDER BARROS MILLAN,** | ) | |
| **Plaintiff,** | ) | **CASE NO: 4:26-cv-1864** |
| | ) | |
| | ) | **Judge Dan Aaron Polster** |
| **v.** | ) | |
| | ) | **<u>ORDER</u>** |
| **WARDEN KENNETH HOOVER,** ***et al.*****,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On August 11, 2026, the Court held a zoom motion hearing in the above-captioned matter. At that hearing, the Government represented that it was not removing Petitioner to Mexico and had no plans to do so in the future. Accordingly, this Court dismissed Petitioner's habeas petition as moot. In the nine days since the Court's hearing, neither party has raised any new issues with the plan for Petitioner's removal. As such, the Court hereby considers this case **CLOSED**.

**IT IS SO ORDERED.**

Dated: August 20, 2026

***/s/ Dan Aaron Polster***
**Dan Aaron Polster**
**United States District Judge**